**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT BARCHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-5139 |
| v. ) | |
| ) | Judge Samuel Der-Yeghiayan |
| FIVE SEASONS COUNTRY CLUB OF ) | |
| NORTHBROOK, INC. ) | **Jury Trial Requested** |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO AUTOMATICALLY CONVERT TO DISMISSAL WITH PREJUDICE**

Plaintiff ROBERT BARCHAM and Defendant FIVE SEASONS COUNTRY CLUB OF NORTHBROOK, INC., through their respective counsels, hereby agree and stipulate to the following:

1. The above case is hereby dismissed without prejudice with leave to move on or before forty-five (45) days from the date of this Stipulation to (1) seek enforcement of the Settlement Agreement, or (2) to extend the time for filing a motion to seek enforcement of the Settlement Agreement.

2. In the event a motion under Paragraph 1 above is not filed within forty-five (45) days from the date of this Stipulation, the dismissal becomes final and with prejudice thereafter without further order of the Court.

3. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed between the parties in the Settlement Agreement.

///
///
///
///
///

- 2 -

///
///

Dated: September 27, 2017

| ROBERT BARCHAM, | FIVE SEASONS COUNTRY CLUB OF NORTHBROOK, INC., |
|---|---|
| By: | By: |
|     /s/ Bethany Hilbert |  /s/ Theresa Nelson (with permission) |
| Marty Denis | Theresa Nelson |
| Bethany Hilbert | Strauss Troy Co., LPA |
| Barlow, Kobata & Denis LLP | The Federal Reserve Building |
| 525 West Monroe St., Suite 2360 | 150 E. Fourth St. |
| Chicago, Illinois 60661 | Cincinnati, OH 45202 |
| Phone: (312) 648 – 5570 | Attorneys for Defendant |
| Attorneys for Plaintiff | |